**KOPELOWITZ OSTROW P.A.**
Kristen Lake Cardoso
cardoso@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN MCGINITY**, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**PATELCO CREDIT UNION**,<br><br>Defendant. | **Case No. 4:24-cv-04154** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Sean McGinity, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action, including all individual and proposed class claims, without prejudice.

Dated: August 1, 2024.             Respectfully submitted,

/s/ Kristen Lake Cardoso
Kristen Lake Cardoso
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
cardoso@kolawyers.com

*Counsel for Plaintiff and the Proposed Class*